## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RICHARD J. COLANGELO, Jr
was received by me on *(date)* 11/23/2021.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* EARL I. LOHR_____, who is
designated by law to accept service of process on behalf of *(name of organization)*
ATTORNEY GENERAL'S OFFICE on *(date)* 11/23/2021 ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/23/2021

_____
Servers signature

Ikechukwu Uzoike
Printed name and title

73 Wadsworth Street, Hartford, CT, 06106
Servers address

Additional information regarding attempted service, etc:
Sworn and subscribed before me on this 23rd of November, 2021.

_____
Mario Cerame
Commuted to the Superior Court of Connecticut

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) EDWARD LAMONT JR (GOVERNOR)
was received by me on (date) 11/23/2021.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) ERIK T. LOHR, who is
designated by law to accept service of process on behalf of (name of organization)
ATTORNEY GENERALS OFFICE on (date) 11/23/2021 ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other (specify) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/03/2021

_____
Servers signature

Ikechukwu Ubaike
Printed name and title

73 Wadsworth Street, Hartford, CT 06106
Servers address

Additional information regarding attempted service, etc:

Sworn and subscribed before me on this 23rd of November, 2021

_____
Mario Cerame
Commissioner to the Superior Court of Connecticut