UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO CERAME, | : | Civil Action No. 3:21-cv-01508 (JCH) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| EDWARD LAMONT, et al., | : | |
| *Defendants.* | : | FEBRUARY 4, 2022 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 7(e), the Defendants respectfully move this Court to permit the undersigned counsel, Assistant Attorney General Michael Skold, to withdraw his appearance for the Defendants. Assistant Attorney General Dennis Carnelli will continue to represent the Defendants in this matter.

Respectfully submitted,

DEFENDANTS
EDWARD LAMONT AND RICHARD COLANGELO

WILLIAM TONG
ATTORNEY GENERAL

BY: */s/ Michael K. Skold*
　　Michael K. Skold (ct28407)
　　Assistant Attorney General
　　Office of the Attorney General
　　165 Capitol Ave, 5th Flr
　　Hartford, CT 06106
　　PH: 860-808-5020
　　Fax: 860-808-5347
　　Email: Michael.Skold@ct.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2022, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/  Michael K. Skold*
Michael K. Skold
Assistant Attorney General