# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO CERAME, | : |
| *Plaintiff,* | : |
| v. | : Civil Action No. 3:21-cv-01508 (JCH) |
| EDWARD LAMONT, et al., | : |
| *Defendants.* | : |

## DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

Defendants respectfully seek leave of the Court to supplement the record with a true and correct copy of the unreported Memorandum of Decision in *National Socialist White People's Party & Fred Sherwood v. Southern New England Telephone Co., et al.*, Civil No. H-74-230 (D.Conn. Sept. 30, 1975) (per curiam) (three-judge court) provided by the Boston/Waltham Federal Records Center, which is appended at Exhibit 1. Defendants cite to and quote the *Sherwood* decision on pages 19 and 20 of the Memorandum of Law submitted in support of their Motion to Dismiss. See Defendants' Memorandum of Law in Support of Motion to Dismiss, 2/9/2022, ECF No. 20-1, at 19–20. The copy of the *Sherwood* decision appended hereto should supersede that appearing at "Exhibit 1" to Defendants' Motion to Dismiss.

Wherefore, the Court should grant this Motion and grant Defendants leave to supplement the record for their Motion to Dismiss of February 9, 2022 accordingly.

<table>
<tr><td></td><td>*Respectfully submitted*,</td></tr>
<tr><td></td><td>DEFENDANTS</td></tr>
<tr><td></td><td>WILLIAM TONG<br>ATTORNEY GENERAL</td></tr>
<tr><td>Dated February 11, 2022<br>New Haven, Connecticut</td><td>BY: /s/ Dennis M. Carnelli<br>Dennis M. Carnelli (ct30050)<br>Assistant Attorney General<br>State of Connecticut<br>Office of the Attorney General<br>110 Sherman Street<br>Hartford, CT 06105<br>dennis.carnelli@ct.gov<br>Tel: (860) 808-5450<br>Fax: (860) 808-5591</td></tr>
</table>

## CERTIFICATION

I hereby certify that on February 11, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      /s/ Dennis M. Carnelli
Dennis M. Carnelli (ct30050)