UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO CERAME | : | : |
|     Plaintiff, pro se | : | : |
| v. | : | 3:21-cv-01508-JCH |
| | : | |
| Edward "Ned" Lamont, Jr., Governor of the State of Connecticut; and | : | |
| | : | |
| Richard J. Colangelo, Jr., Chief State's Attorney of Connecticut; and | : | |
|     Defendants In their official capacities only | : | APRIL 1, 2022 |

## SECOND MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS

In accordance with local rule 7(b), the Plaintiff respectfully moves for a 30 day extension of time, up to and including May 1, 2022, within which to respond to the motion to dismiss filed by the Defendants. The Defendants **consent** to the motion.

The plaintiff has met and conferred with counsel for the defendants and has outlined to him where he believes the motion is strong—discrete issues the plaintiff agrees he should concede—and has also outlined how the plaintiff believes he must respond in order to perfect standing and justiciability to address questions raised.

The matters in the motion are extremely complicated and hyper technical. Undersigned is pro se, and, while an experienced attorney, has undertaken this suit in the public interest, expecting no remuneration, and has not been able to dedicate the resources necessary to adequately address fair questions raised by the State. The plaintiff believes these questions can be address fully and fairly, but requires additional time to do so.

Although this is the second motion for extension of time on an early motion, the plaintiff begs the Court's permission for an additional 30 days' extension, noting respectfully that the State was allowed such an second extension to respond to the initial pleading as well.

Granting the extension allowing the parties to more adequately and completely address the merits of the legal questions before the court, allowing the parties to better sharpen and prepare the issues for judicial review, and the suit is brought by a pro se litigant with the intent to further the public interest.  Therefore, granting the motion furthers the interest of justice and the motion should be granted.

.

April 1, 2022                                               Respectfully submitted,

                                                            THE PLAINTIFF, pro se

                                                            */s/ Mario Cerame ct30125*
                                                            Mario Cerame, pro se

                                                            Brignole, Bush & Lewis LLC
                                                            73 Wadsworth Street
                                                            Hartford, Connecticut 06106
                                                            T: 860.527.9973
                                                            F: 860.527.5929
                                                            E: mario@brignole.com

**CERTIFICATION**

I hereby certify that on APRIL 1, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Mario Cerame

Mario Cerame, ct30125