UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO CERAME | : | CIVIL NO. 3:21-CV-01508 (JCH) |
| v. | : | |
| LAMONT, ET AL. | : | JUNE 16, 2022 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants in lieu of the appearance already on file in the above-captioned case.

Dated at Hartford, Connecticut, this 16th day of June, 2022.

        DEFENDANTS
        Lamont and Colangelo

        WILLIAM TONG
        ATTORNEY GENERAL

        BY: /s/ Janelle R. Medeiros
        Janelle R. Medeiros
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT 06105
        Federal Bar #ct30514
        E-Mail: janelle.medeiros@ct.gov
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

2

## **CERTIFICATION**

I hereby certify that on June 16, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Janelle R. Medeiros_____
Janelle R. Medeiros
Assistant Attorney General