UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO CERAME | : | CIVIL NO. 3:21-CV-01508 (JCH) |
| v. | : | |
| LAMONT, ET AL. | : | JUNE 16, 2022 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance in addition to Assistant Attorney General Janelle Medeiros as counsel for the defendants in the above-captioned case.

Dated at Hartford, Connecticut, this 16th day of June, 2022.

                        DEFENDANTS
                        Lamont and Colangelo

                        WILLIAM TONG
                        ATTORNEY GENERAL


                    BY: /s/ Lisamaria T. Proscino
                        Lisamaria T. Proscino
                        Assistant Attorney General
                        110 Sherman Street
                        Hartford, CT 06105
                        Federal Bar #ct30588
                        E-Mail: lisamaria.proscino@ct.gov
                        Tel.: (860) 808-5450
                        Fax: (860) 808-5591

2

## CERTIFICATION

I hereby certify that on June 16, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Lisamaria T. Proscino
Lisamaria T. Proscino
Assistant Attorney General