# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO CERAME, | : |
| *Plaintiff,* | : |
| v. | : Civil Action No. 3:21-cv-01508 (JCH) |
| EDWARD LAMONT, et al., | : |
| *Defendants.* | : |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel respectfully moves to for permission to withdraw his appearance for the Defendants, Governor Edward Lamont and Chief State's Attorney Richard Colangelo ("Defendants"). Assistant Attorneys General Janelle Meideros and Lisamaria Proscino have appeared for Defendants and will continue to represent them in this matter.

*Respectfully submitted*,

DEFENDANTS,

WILLIAM TONG
ATTORNEY GENERAL

Dated June 16, 2022
New Haven, Connecticut

BY: /s/ Dennis M. Carnelli
Dennis M. Carnelli (ct30050)
Assistant Attorney General
State of Connecticut
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105
dennis.carnelli@ct.gov
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

      I hereby certify that on June 16, 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      /s/ Dennis M. Carnelli
      Dennis M. Carnelli (ct30050)