UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO CERAME : | |
| Plaintiff, pro se : | |
| v. : | |
| Edward "Ned" Lamont, Jr., : | 3:21-cv-01508 (JCH) |
| Governor of the State of Connecticut; and | |
| : | |
| Richard J. Colangelo, Jr., | |
| Chief State's Attorney of Connecticut : | |
| Defendants : | |
| In their official capacities only | JULY 18, 2022 |

**REQUEST FOR LEAVE TO RESPOND TO**
**DEFENDANTS' OBJECTION CONCERNING ORDER FOR CERTIFIED QUESTION**

The Defendants filed an objection; entry 38; to this Court's order certifying a question to the Connecticut Supreme Court; entry 37.  I request leave to file an opposition to the objection, a response supporting the order to certify.  Such a response will be limited to 2,500 words and three issues. First, certification is consonant with Second Circuit and state precedent. Second, certification may preserve scarce judicial resources.  Third, the State's argument amplifies my rational fear of arbitrary enforcement and basis for standing.  Accordingly, the Court should overrule the objection.

I request leave to respond because I am not sure as a matter of procedure whether I can respond as of right in this context.

The Court should grant leave.  Although the Court of course needs no support from someone like me, leave should be granted as my few arguments may help preserve issues should appellate review occur.  The State fails to address Second

Circuit precedent concerning the scope of discretion in certifying questions, or any analysis of judicial resources.  In addition, the State's arguments undermine its position. Therefore leave should be granted.

JULY 18, 2022                              Respectfully submitted,

                                           THE PLAINTIFF, pro se

                                           */s/ Mario Cerame ct30125*
                                           Mario Cerame, pro se

                                           Brignole, Bush & Lewis LLC
                                           73 Wadsworth Street
                                           Hartford, Connecticut 06106
                                           T: 860.527.9973
                                           F: 860.527.5929
                                           E: mario@brignole.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been or shall immediately be filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                              */s/ Mario Cerame ct30125*
                                              Mario Cerame, pro se