

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street<br>Hartford, CT  06103<br>Phone: 860.240.3200<br>Fax: 860.240.3211 | 141 Church Street<br>New Haven, CT  06510<br>Phone: 203.773.2140<br>Fax: 203.773.2334 | 915 Lafayette Boulevard<br>Bridgeport, CT  06604<br>Phone: 203.579.5861<br>Fax: 203.579.5867 |

**Dinah Milton Kinney**
Clerk

**Monica Watson Cucchiarelli**
Chief Deputy Clerk

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, New Haven

**Joanne Pesta**
Division Manager, Bridgeport

**Michelle Rynne**
Division Manager, Hartford

August 3, 2022

Chief Clerk
Supreme Court
231 Capitol Avenue
Hartford, CT 06106

Case Name: **Cerame v. Lamont et al**
Case Number: **3:21-cv-01508-JCH**

Dear Chief Clerk,

I have enclosed a request to certify question of law and supporting documents along with a certified docket sheet.

Please kindly acknowledge receipt at the bottom of this letter and return to me at the **New Haven** office listed above.

Sincerely,

Dinah Milton Kinney, Clerk

By: **Diahann Lewis**
Deputy Clerk

_____

Acknowledged:

Signed by:_____     Date:_____

(Rev 2/14/22)