

## STATE OF CONNECTICUT

### SUPREME COURT
### APPELLATE COURT

| | |
|---|---|
| CARL D. CICCHETTI<br>CHIEF CLERK | 231 CAPITOL AVENUE<br>HARTFORD, CT 06106 |
| RENÉ L. ROBERTSON<br>DEPUTY CHIEF CLERK | TEL. (860) 757-2200 |

August 4, 2022

Re: SC 220024; *Mario Cerame v. Edward Lamont, Jr., Governor of State of Connecticut, et al.*

Dear Counsel:

    The United States District Court, District of Connecticut, has asked the Connecticut Supreme Court to answer the following question of law:

1. Does the speech alleged in Cerame's Complaint (paragraphs 13-18) come within the scope of the phrase "by his advertisement" as that phrase is used in section 53-37 of the Connecticut General Statutes?

    Written objection, if any, to the acceptance of the request may be filed until August 15, 2022, by e-filing as an opposition to motion number SC 220024. See Practice Book § 82-4.

    Please note that out-of-state counsel, unless admitted to practice in Connecticut, must apply for permission to appear pursuant to Practice Book §§ 2-16 and 62-8A, as amended October 1, 2021. (Also see Practice Book §§ 62-7, as amended October 1, 2021, 66-2 and 66-3.)

Very truly yours,

/s/
Peter D. Keane
Assistant Clerk-Appellate

Notice Sent: August 4, 2022
Counsel of Record
Hon. Janet C. Hall, United States District Judge
Hon. Jeffrey A. Meyer, United States District Judge
Clerk, United States District Court, District of Connecticut (New Haven)